# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION
# CASE NO. 2:24-CV-00085-DLB-CJS

**SALLY MODZELEWSKI**                                                                              **PLAINTIFF**

**v.**

**GIDEON CRAYMER**                                                                                 **DEFENDANT**

---

### CIVIL RULE 41 STIPULATION OF VOLUNTARY DISMISSAL

---

Plaintiff, Sally Modzelewski, by and through counsel, and pursuant to Civil Rule 41(a)(1)(A)(2), hereby voluntarily dismisses all claims against Defendant, Gideon Craymer, in his individual capacity, with prejudice, each party to bear their own fees and costs.

So stipulated this 21 day of July, 2025:

| | |
|---|---|
| ***/s/ Jeffrey C. Mando w/ email Auth 07/21/25*** | ***/s/ Benjamin T. D. Pugh*** |
| Jeffrey C. Mando, Esq. (#43548) | Benjamin T.D. Pugh, Esq. |
| ADAMS LAW, PLLC | 301 West Pike Street |
| 40 West Pike Street | Covington, KY 41011 |
| Covington, KY  41011 | tom@prlaw.legal |
| 859.394.6200 \| 859.392.7200 | |
| jmando@adamsattorneys.com | *Attorney for Plaintiff, Sally Modzelewski* |
| | |
| *Attorney for Defendant, Gideon Craymer, in his individual capacity as a Covington Police Officer* | |

**CERTIFICATE OF SERVICE**

      This is to certify that on the **21** day of July, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Benjamin T.D. Pugh, Esq.

      */s/ Benjamin T. D. Pugh*
      Benjamin T. D. Pugh, Esq.